Decided June 6, 1996

### AUGUSTUS J. SIMMONS *v.* HORACE B. WETHERALL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 15481) is denied.

*Augustus J. Simmons*, pro se, in support of the petition.

*Arnold K. Shimelman*, assistant attorney general, in opposition.

Decided June 17, 1996